ally and as President of ROYAL QUILTING Co., INC., and Others, Appellants, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PATRICK J. CORCORAN, Respondent, v. TOMPKINS BUS CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term a preference is granted) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK CURRERI, Respondent, v. TEXAS COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ALICE DENEROY, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARTIN W. DENEROY, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ROBERT DENEROY, an Infant, etc., by MARTIN W. DENEROY, his Guardian ad Litem, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ERIT REALTY CORPORATION, Appellant, v. SEA GATE ASSOCIATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ERIT REALTY CORPORATION, Appellant, v. SEA GATE ASSOCIATION, Respondent. — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GEORGE FETZ, Appellant, v. JOSEPHINE FETZ, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GEORGE FETZ, Appellant, v. JOSEPHINE FETZ, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $1,000